**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

March 7, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable Stanley R. Chesler,
United States District Judge
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: **U.S. v. Keith Disque**
Dkt. No. 07-00597-001
<u>Notice of Criminal Charges</u>

Dear Judge Chesler:

    On November 29, 2007, Keith Disque was sentenced by Your Honor to 12 months and 1 day imprisonment followed by a three-year term of supervised release for the offense of Conspiracy to Possess and Distribute CDS. The offender was ordered to pay a $100 special assessment fee and the following special conditions: substance abuse treatment; financial disclosure; and DNA collection. He has been supervised by this district since his release from confinement on March 14, 2008. On February 12, 2009, the offender agreed to a modification of his conditions, to include three months at a community corrections center due to the fact that he had been abusing drugs, failed to complete scheduled urine collections, and failed to cooperate with his drug treatment program. On July 28, 2010, the offender was brought before Your Honor for a violation of supervised release hearing, as he had obtained new criminal charges and tested positive for an illegal substance. Your Honor ordered him to an inpatient substance abuse facility for 90 days. He has since completed that program, and has been attending outpatient drug counseling, which he is scheduled to complete this week. His case is set to expire on March 13, 2011.

    On February 25, 2011, a complaint was made at the Nutley Police Department against the offender by his girlfriend, Sophia Flores, in which she alleged that he had assaulted her. Police records indicate that she had sustained a bruise on her left arm. She did not wish to apply for a Temporary Restraining Order at that time. The offender was charged with Simple Assault via a summons. On the following day, the offender reported to the Nutley Police Department to provide his version of the incident, and police records indicate that he also presented red marks on his neck and a black and blue mark on his chest. A court date is scheduled in Nutley Municipal Court on March 9, 2011.

    The undersigned has spoken to the victim, and she advised that both she and the offender are at fault because she was "physical" with him as well. She refused any referrals for domestic violence assistance.

    In view of the above cited instance, it does not appear that a violation hearing is warranted at this time. Therefore, unless Your Honor considers otherwise, we recommend that no further action be taken at this time, and allow his case to expire on March 13, 2011. Please be assured that this office will continue to monitor the offender's pending criminal matter and apprize the Court of any

Honorable Stanley R. Chesler, U.S.D.J.
Page 2
March 7, 2011

developments. If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

                                Respectfully submitted,

                                WILFREDO TORRES, Chief
                                U.S. Probation Officer

                                By: Susan E. Karlak,
                                U.S. Probation Officer

[X] Concur with recommendation to allow supervision to expire as scheduled.

[ ] Other

_____
Signature of Judicial Officer

_____
Date